IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          CRIMINAL NO. 1:22-CR-10017-001
                                  )
STEVEN E. FREESE                  )

## SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE

On November 16, 2022, a Grand Jury sitting in the Western District of Arkansas returned an Indictment against the Defendant, STEVEN E. FREESE, charging him with two counts of knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, U.S.C. § 922(g)(1) and 924(a)(2); and a forfeiture allegation.

In the forfeiture allegation of the Indictment, the United States seeks forfeiture, pursuant to Title 18 U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c) of any firearms and ammunition involved in the commission of the offenses, including:

   a.     a Springfield Armory model Hellcat 3 Micro Compact 9x19mm semi-automatic pistol bearing serial number BA300355;

   b.     a CMMG, Inc., model 300 MkG .45 ACP caliber semi-automatic rifle bearing serial number LAH01655;

   c.     a Browning model X-Bolt .300 Winchester Short Magnum caliber bolt-action rifle bearing serial number JP04097YY358a

   d.     a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080

   e.     a Browning model X-Bolt .243 caliber semi-automatic rifle bearing serial

number 17554MP354;

f.      a Weatherby model Vanguard .257 Weatherby Magnum caliber bolt-action rifle bearing serial number VB298102;

g.      a Browning 20 gauge shotgun bearing serial number 09164ZV121;

h.      a Browning model X-Bolt 6.5mm bolt-action rifle bearing serial number BRJP67724YZ235Y;

i.      a Benelli model M2 20 gauge shotgun bearing serial number N221371Y;

j.      a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062;

k.      a Savage model MSR 15 'Multi' caliber semi-automatic rifle bearing serial number 10-006825;

l.      a Remington model 700 .223 caliber bolt-action rifle bearing serial number G7102995;

m.      a Diamondback model DBX57 5.7x28mm semi-automatic pistol bearing serial number DBX4305;

n.      a Savage model Axis .22-250 Remington caliber bolt-action rifle bearing serial number P083021;

o.      a Springfield Armory model M1A semi-automatic rifle bearing serial number 422422;

p.      a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407;

q.      a Ruger 5.56mm 'AR-15'-style semi-automatic rifle bearing serial number 1852-2719;

r.      a Bergara 28 Nosler (7mm/.284 caliber) bolt-action rifle bearing serial

number ESG1-06-044486-20;

s.      a Henry .22 Magnum caliber lever-action rifle bearing serial number M44238T;

t.      a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358;

u.      a Browning model X-Bolt 7mm-08 bolt-action rifle bearing serial number BRJP14125Y2354;

v.      a Henry model H001TM .22 Magnum caliber lever-action rifle bearing serial number M44401T;

w.      a Tristar model Viper .410-bore semi-automatic shotgun bearing serial number V20A12167;

x.      a Browning model A5 12 gauge semi-automatic shotgun bearing serial number 11GZN08140;

y.      a Henry model H006MS .357 Magnum caliber lever-action rifle bearing serial number SBB04087M;

z.      a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113113;

aa.      a Henry model H012GRCC .44 Magnum caliber lever-action carbine bearing serial number BB500577GRCC;

bb.      a Weatherby model Vanguard .300 Winchester Magnum caliber bolt-action rifle bearing serial number VB236504;

cc.      a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550;

dd.      a Henry model H0108WL .45-70 Government caliber lever-action rifle

bearing serial number FFSBWL3194;

ee.    a Henry model H009B .30-30 caliber lever-action rifle bearing serial number TTB052505;

ff.    a Ruger model Mini-30 7.62x39mm semi-automatic rifle bearing serial number 584-56048;

gg.    a Savage model MSR10 .308 Winchester caliber semi-automatic rifle bearing serial number LR010699;

hh.    a Savage A Series .17 Hornady Magnum Rimfire caliber semi-automatic rifle bearing serial number N993234;

ii.    a Howa model 1500 .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number B634875;

jj.    a Winchester model 70 .264 Winchester Magnum caliber bolt-action rifle bearing serial number 3SGZV00885;

kk.    a Sako model 85 .308 Winchester caliber bolt-action rifle bearing serial number M44099;

ll.    a Ruger 5.56mm 'AR-15'-style semi-automatic rifle bearing serial number 185234054;

mm.    a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114;

nn.    a Great Lakes Firearms model GL-15 'Multi' caliber semi-automatic rifle bearing serial number BO.0951;

oo.    a Ruger model Mini-14 .223 caliber/5.56mm semi-automatic rifle bearing serial number 584-59827;

pp.    a Ruger model American 6.5mm Creedmore bolt-action rifle bearing serial

number 690538206;

qq.     a Springfield Armory model Saint 'Multi' caliber semi-automatic rifle bearing serial number ST416092;

rr.     a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977;

ss.     a Rossi 12 gauge shotgun bearing serial number SP633211;

tt.     a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M;

uu.     a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181;

vv.     a Ruger model Precision .300 Winchester Magnum caliber bolt-action rifle bearing serial number 1804-24064;

ww.     a Kimber model Rapide .45 caliber semi-automatic handgun bearing serial number K771693;

xx.     a Weatherby model Vanguard .338 Winchester Magnum caliber bolt-action rifle bearing serial number V8088144;

yy.     a Christensen Arms model CA5five6 5.56mm semi-automatic rifle bearing serial number RB401453;

zz.     a Ruger model Precision .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number 1804-23339;

aaa.     a Savage model MDT .338 Lapua caliber bolt-action rifle bearing serial number P001691;

bbb.     a KelTec model PMR-30 .22 Winchester Magnum Rifle caliber semi-automatic pistol bearing serial number WY5303;

ccc.     a Colt model M1911/Government .45 caliber semi-automatic pistol bearing serial number GVO19280;

ddd.     a Noreen 'AR-15'-style 5.56mm semi-automatic rifle bearing serial number BN-36X3;

eee.     a Colt model Python .357 Magnum caliber revolver bearing serial number PY219001;

fff.     a Ruger model New Vaquero .45 caliber single-action revolver bearing serial number 513-46918;

ggg.     a CMMG, Inc., model Mk4 6.5mm Grendel semi-automatic rifle bearing serial number BOD05763;

hhh.     a Browning model BLR .308 Winchester caliber lever-action rifle bearing serial number JP01141YY341;

iii.     a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun;

jjj.     a Stevens model 258A 20-gauge bolt-action shotgun;

kkk.     a Winchester model 1894 .30-30 caliber lever-action rifle bearing serial number JP00096YZ94P;

lll.     a Henry model H011C .45 Long Colt caliber lever-action rifle bearing serial number BTH1637C;

mmm. a Henry model H011 .44-40 Winchester caliber lever-action rifle bearing serial number BTH11088;

nnn.     a Rock River Arms 'AR-15'-style .450 Bushmaster caliber semi-automatic rifle bearing serial number HM 313889;

ooo.     a Browning model Buckmark .22 Long Rifle caliber semi-automatic pistol

bearing serial number BRU512561Y2515;

ppp.   a Ruger model Single Six .22 Winchester Magnum caliber single-action revolver bearing serial number 266-29369; and

qqq.   a Magnum Research model Desert Eagle .50 Action Express caliber semi-automatic pistol bearing serial number DK0079106.

rrr.   approximately 38 firearm scopes, optical devices, other aiming devices and firearms-mountable lights manufactured by, or branded as, Zeiss, Burris, Leupold, Nikon, Trijicon, ATN, Vortex, BSA, Tasco, Pulsar, Crimson Trace, and Eotech.

sss.   approximately 19,120 rounds of firearms ammunition in approximately 36 different calibers.

On April 3, 2023, the Defendant pleaded guilty to Count Two the Indictment.   Pursuant to a Plea Agreement entered into by the parties, the Defendant agrees to forfeit all rights, title and interest to a Springfield Armory model Hellcat 3 Micro Compact 9x19mm semi-automatic pistol bearing serial number BA300355; a CMMG, Inc., model 300 MkG .45 ACP caliber semi-automatic rifle bearing serial number LAH01655; a Browning model X-Bolt .300 Winchester Short Magnum caliber bolt-action rifle bearing serial number JP04097YY358a; a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080; a Browning model X-Bolt .243 caliber semi-automatic rifle bearing serial number 17554MP354; a Weatherby model Vanguard .257 Weatherby Magnum caliber bolt-action rifle bearing serial number VB298102; a Browning 20 gauge shotgun bearing serial number 09164ZV121; a Browning model X-Bolt 6.5mm bolt-action rifle bearing serial number BRJP67724YZ235Y; a Benelli model M2 20 gauge shotgun bearing serial number N221371Y; a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062; a Savage model MSR 15 'Multi' caliber semi-automatic rifle bearing serial number 10-006825; a Remington model 700 .223 caliber bolt-action rifle bearing

serial number G7102995; a Diamondback model DBX57 5.7x28mm semi-automatic pistol bearing serial number DBX4305; a Savage model Axis .22-250 Remington caliber bolt-action rifle bearing serial number P083021; a Springfield Armory model M1A semi-automatic rifle bearing serial number 422422; a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407; a Ruger 5.56mm 'AR-15'-style semi-automatic rifle bearing serial number 1852-2719; a Bergara 28 Nosler (7mm/.284 caliber) bolt-action rifle bearing serial number ESG1-06-044486-20; a Henry .22 Magnum caliber lever-action rifle bearing serial number M44238T; a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358; a Browning model X-Bolt 7mm-08 bolt-action rifle bearing serial number BRJP14125Y2354; a Henry model H001TM .22 Magnum caliber lever-action rifle bearing serial number M44401T; a Tristar model Viper .410-bore semi-automatic shotgun bearing serial number V20A12167; a Browning model A5 12 gauge semi-automatic shotgun bearing serial number 11GZN08140; a Henry model H006MS .357 Magnum caliber lever-action rifle bearing serial number SBB04087M; a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113113; a Henry model H012GRCC .44 Magnum caliber lever-action carbine bearing serial number BB500577GRCC; a Weatherby model Vanguard .300 Winchester Magnum caliber bolt-action rifle bearing serial number VB236504; a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550; a Henry model H0108WL .45-70 Government caliber lever-action rifle bearing serial number FFSBWL3194; a Henry model H009B .30-30 caliber lever-action rifle bearing serial number TTB052505; a Ruger model Mini-30 7.62x39mm semi-automatic rifle bearing serial number 584-56048; a Savage model MSR10 .308 Winchester caliber semi-automatic rifle bearing serial number LR010699; a Savage A Series .17 Hornady Magnum Rimfire caliber semi-automatic rifle bearing serial number N993234; a Howa model 1500 .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number B634875; a Winchester

model 70 .264 Winchester Magnum caliber bolt-action rifle bearing serial number 3SGZV00885; a Sako model 85 .308 Winchester caliber bolt-action rifle bearing serial number M44099; a Ruger 5.56mm 'AR-15'-style semi-automatic rifle bearing serial number 185234054; a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114; a Great Lakes Firearms model GL-15 'Multi' caliber semi-automatic rifle bearing serial number BO.0951; a Ruger model Mini-14 .223 caliber/5.56mm semi-automatic rifle bearing serial number 584-59827; a Ruger model American 6.5mm Creedmore bolt-action rifle bearing serial number 690538206; a Springfield Armory model Saint 'Multi' caliber semi-automatic rifle bearing serial number ST416092; a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977; a Rossi 12 gauge shotgun bearing serial number SP633211; a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M; a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181; a Ruger model Precision .300 Winchester Magnum caliber bolt-action rifle bearing serial number 1804-24064; a Kimber model Rapide .45 caliber semi-automatic handgun bearing serial number K771693; a Weatherby model Vanguard .338 Winchester Magnum caliber bolt-action rifle bearing serial number V8088144; a Christensen Arms model CA5five6 5.56mm semi-automatic rifle bearing serial number RB401453; a Ruger model Precision .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number 1804-23339; a Savage model MDT .338 Lapua caliber bolt-action rifle bearing serial number P001691; a KelTec model PMR-30 .22 Winchester Magnum Rifle caliber semi-automatic pistol bearing serial number WY5303; a Colt model M1911/Government .45 caliber semi-automatic pistol bearing serial number GVO19280; a Noreen 'AR-15'-style 5.56mm semi-automatic rifle bearing serial number BN-36X3; a Colt model Python .357 Magnum caliber revolver bearing serial number PY219001; a Ruger model New Vaquero .45 caliber single-action revolver bearing serial number 513-46918; a CMMG, Inc., model Mk4 6.5mm Grendel semi-automatic rifle bearing serial

number BOD05763; a Browning model BLR .308 Winchester caliber lever-action rifle bearing serial number JP01141YY341; a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun; a Stevens model 258A 20-gauge bolt-action shotgun; a Winchester model 1894 .30-30 caliber lever-action rifle bearing serial number JP00096YZ94P; a Henry model H011C .45 Long Colt caliber lever-action rifle bearing serial number BTH1637C; a Henry model H011 .44-40 Winchester caliber lever-action rifle bearing serial number BTH11088; a Rock River Arms 'AR-15'-style .450 Bushmaster caliber semi-automatic rifle bearing serial number HM 313889; a Browning model Buckmark .22 Long Rifle caliber semi-automatic pistol bearing serial number BRU512561Y2515; a Ruger model Single Six .22 Winchester Magnum caliber single-action revolver bearing serial number 266-29369; a Magnum Research model Desert Eagle .50 Action Express caliber semi-automatic pistol bearing serial number DK0079106; approximately 38 firearm scopes, optical devices, other aiming devices and firearms-mountable lights manufactured by, or branded as, Zeiss, Burris, Leupold, Nikon, Trijicon, ATN, Vortex, BSA, Tasco, Pulsar, Crimson Trace, and Eotech; approximately 19,120 rounds of firearms ammunition in approximately 36 different calibers. The Defendant acknowledges that all property covered by the Plea Agreement is subject to forfeiture as property facilitating illegal conduct, or property involved in illegal conduct giving rise to forfeiture, or as substitute assets for property otherwise subject to forfeiture.

Pursuant to the Plea Agreement, the Defendant consents to the immediate entry of a Preliminary Order of Forfeiture upon entry of the guilty plea.   The Defendant further agrees that upon entry of the Preliminary Order of Forfeiture, such Order will be considered final as to defendant's interests in the property.   The Defendant agrees to immediately withdraw any claims to property seized in connection with this case in any pending administrative and civil forfeiture proceeding, and consents to the forfeiture of all properties seized in connection with this case to

the United States.   The Defendant agrees to execute any and all documents requested by the Government to facilitate or complete the forfeiture process.   The Defendant further agrees not to contest or to assist any other person or entity in contesting the forfeiture of the property seized in connection with this case.

Pursuant to the Plea Agreement, the Defendant agrees to consent to the entry of Orders of Forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.   The Defendant acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time his guilty plea is accepted.

Pursuant to the Plea Agreement, the Defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with the Plea Agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment.   The Defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding.   The Defendant also agrees that the forfeiture provisions of the Plea Agreement are intended to, and will, survive him, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1.      That based upon the guilty plea of the Defendant, the following assets shall be forfeited to the United States:

      a.      an HS Produkt model Hellcat 9mm pistol bearing serial number BA300355;

b.      a CMMG, Inc., model 300 MkG .45 ACP caliber semi-automatic rifle bearing serial number LAH01655;

c.      a Browning model AB3 rifle bearing serial number JP04097YY358;

d.      a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080

e.      a Browning model X-Bolt .243 caliber semi-automatic rifle bearing serial number 17554MP354;

f.      a Howa model Vanguard rifle bearing serial number VB298102;

g.      a Browning 20 gauge shotgun bearing serial number 09164ZV121;

h.      a Browning model X-Bolt 6.5mm bolt-action rifle bearing serial number BRJP67724YZ354;

i.      a Benelli model M2 20 gauge shotgun bearing serial number N221371Y;

j.      a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062;

k.      a Savage model MSR 15 'Multi' caliber semi-automatic rifle bearing serial number 10-006825;

l.      a Remington model 700 .223 caliber bolt-action rifle bearing serial number G7102995;

m.      a Diamondback model DBX57 5.7x28mm semi-automatic pistol bearing serial number DBX4305;

n.      a Savage model Axis .22-250 Remington caliber bolt-action rifle bearing serial number P083021;

o.      a Springfield Armory model M1A semi-automatic rifle bearing serial number 422422;

p.   a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407;

q.   a Ruger model AR-556 rifle bearing serial number 1852-27197;

r.   a Bergara 28 Nosler (7mm/.284 caliber) bolt-action rifle bearing serial number ESG1-06-044486-20;

s.   a Henry .22 Magnum caliber lever-action rifle bearing serial number M44238T;

t.   a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358;

u.   a Browning model X-Bolt 7mm-08 bolt-action rifle bearing serial number BRJP14125Y2354;

v.   a Henry model H001TM .22 Magnum caliber lever-action rifle bearing serial number M44401T;

w.   a Armsan Silah Sanayi model Viper G2 shotgun bearing serial number V20A12167;

x.   a Browning model A5 12 gauge semi-automatic shotgun bearing serial number 11GZN08140;

y.   a Henry model H006MS .357 Magnum caliber lever-action rifle bearing serial number SBB04087M;

z.   a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113113;

aa.   a Henry model H012GRCC .44 Magnum caliber lever-action carbine bearing serial number BB500577GRCC;

bb.   a Howa model Vanguard rifle bearing serial number VB236504;

cc.     a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550;

dd.     a Henry model H0108WL .45-70 Government caliber lever-action rifle bearing serial number FFSBWL3194;

ee.     a Henry model H009B .30-30 caliber lever-action rifle bearing serial number TTB052505;

ff.     a Ruger model Mini-30 7.62x39mm semi-automatic rifle bearing serial number 584-56048;

gg.     a Savage model MSR10 .308 Winchester caliber semi-automatic rifle bearing serial number LR010699;

hh.     a Savage A Series .17 Hornady Magnum Rimfire caliber semi-automatic rifle bearing serial number N993234;

ii.     a Howa model 1500 .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number B634875;

jj.     a Winchester model 70 .264 Winchester Magnum caliber bolt-action rifle bearing serial number 3SGZV00885;

kk.     a Sako model 85 .308 Winchester caliber bolt-action rifle bearing serial number M44099;

ll.     a Ruger model AR-556 rifle bearing serial number 1852-34054;

mm.     a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114;

nn.     a Great Lakes Firearms model GL-15 'Multi' caliber semi-automatic rifle bearing serial number BO.0951;

oo.     a Ruger model Mini-14 .223 caliber/5.56mm semi-automatic rifle bearing serial number 584-59827;

pp.     a Ruger model American 6.5mm Creedmore bolt-action rifle bearing serial number 690538206;

qq.     a Springfield Armory model Saint 'Multi' caliber semi-automatic rifle bearing serial number ST416092;

rr.     a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977;

ss.     a Rossi 12 gauge shotgun bearing serial number SP633211;

tt.     a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M;

uu.     a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181;

vv.     a Ruger model Precision .300 Winchester Magnum caliber bolt-action rifle bearing serial number 1804-24064;

ww.     a Kimber model Rapide .45 caliber semi-automatic handgun bearing serial number K771693;

xx.     a Howa model Vanguard rifle bearing serial number VB068144;

yy.     a Christensen Arms model CA5five6 5.56mm semi-automatic rifle bearing serial number RB401453;

zz.     a Ruger model Precision .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number 1804-23339;

aaa.     a Savage model MDT .338 Lapua caliber bolt-action rifle bearing serial number P001691;

bbb.    a KelTec model PMR-30 .22 Winchester Magnum Rifle caliber semi-automatic pistol bearing serial number WY5303;

ccc.    a Colt model M1911/Government .45 caliber semi-automatic pistol bearing serial number GVO19280;

ddd.    a Noreen 'AR-15'-style 5.56mm semi-automatic rifle bearing serial number BN-36X3;

eee.    a Colt model Python .357 Magnum caliber revolver bearing serial number PY219001;

fff.    a Ruger model New Vaquero .45 caliber single-action revolver bearing serial number 513-46918;

ggg.    a CMMG, Inc., model Mk4 6.5mm Grendel semi-automatic rifle bearing serial number BOD05763;

hhh.    a Browning model BLR .308 Winchester caliber lever-action rifle bearing serial number JP01141YY341;

iii.    a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun;

jjj.    a Savage model Steven 238A shotgun with no serial number;

kkk.    a Miroku Firearm Co. rifle bearing serial number JP00096YZ94P;

lll.    a Henry model H011C .45 Long Colt caliber lever-action rifle bearing serial number BTH1637C;

mmm.    a Henry model H011 .44-40 Winchester caliber lever-action rifle bearing serial number BTH11088;

nnn.    a Rock River Arms 'AR-15'-style .450 Bushmaster caliber semi-automatic rifle bearing serial number HM 313889;

   ooo. a Browning model Buckmark .22 Long Rifle caliber semi-automatic pistol bearing serial number BRU512561Y2515;

   ppp. a Ruger model Single Six .22 Winchester Magnum caliber single-action revolver bearing serial number 266-29369; and

   qqq. a Magnum Research model Desert Eagle .50 Action Express caliber semi-automatic pistol bearing serial number DK0079106.

   rrr. approximately 38 firearm scopes, optical devices, other aiming devices and firearms-mountable lights manufactured by, or branded as, Zeiss, Burris, Leupold, Nikon, Trijicon, ATN, Vortex, BSA, Tasco, Pulsar, Crimson Trace, and Eotech.

   sss. approximately 19,120 rounds of firearms ammunition in approximately 36 different calibers.

as property facilitating illegal conduct, or property involved in illegal conduct giving rise to forfeiture, or as substitute assets for property otherwise subject to forfeiture.

  2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this Order, the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this Order and the Plea Agreement, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights.

  3. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

  4. The United States shall publish notice of this Order pursuant to Fed. R. Crim. P. 32.2(b)(6).

5.      That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c), in which all interests will be addressed.

IT IS SO ORDERED this 1st day of May, 2023.


/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE