IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                            No. 1:22-cr-10017

STEVEN E. FREESE                                                                        DEFENDANT

### THIRD AMENDED PRELIMINARY ORDER OF FORFEITURE

Before the Court is the government's Motion for Third Amended Preliminary Order of Forfeiture. ECF No. 34. No response is necessary, and the matter is ripe for the Court's consideration.

### I. BACKGROUND

On November 16, 2022, a grand jury returned an Indictment against Defendant Steven E. Freese, charging him with two counts of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). The indictment also included a forfeiture allegation. On April 3, 2023, Defendant plead guilty to one count (Count Two) of the indictment. Pursuant to a plea agreement between the parties, Defendant agrees to forfeit all rights, title, and interest to certain property.[1]

Pursuant to the forfeiture allegation contained in the indictment, the government now seeks forfeiture of any firearms and ammunition involved in the commission of Count Two, citing 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). On May 1, 2023, this Court issued a Second Amended

---

[1] Defendant "agrees to consent to the entry of Orders of Forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment." ECF No. 26, at 11. Defendant also "acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time his guilty plea is accepted." ECF No. 26, at 11.

Preliminary Order of Forfeiture, providing for the forfeiture of the following property:

1. an HS Produkt model Hellcat 9mm pistol bearing serial number BA300355;

2. a CMMG, Inc., model 300 MkG .45 ACP caliber semi-automatic rifle bearing serial number LAH01655;

3. a Browning model AB3 rifle bearing serial number JP04097YY358;

4. a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080

5. a Browning model X-Bolt .243 caliber semi-automatic rifle bearing serial number 17554MP354;

6. a Howa model Vanguard rifle bearing serial number VB298102;

7. a Browning 20 gauge shotgun bearing serial number 09164ZV121;

8. a Browning model X-Bolt 6.5mm bolt-action rifle bearing serial number BRJP67724YZ354;

9. a Benelli model M2 20 gauge shotgun bearing serial number N221371Y;

10. a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062;

11. a Savage model MSR 15 'Multi' caliber semi-automatic rifle bearing serial number 10-006825;

12. a Remington model 700 .223 caliber bolt-action rifle bearing serial number G7102995;

13. a Diamondback model DBX57 5.7x28mm semi-automatic pistol bearing serial number DBX4305;

14. a Savage model Axis .22-250 Remington caliber bolt-action rifle bearing serial number P083021;

15. a Springfield Armory model M1A semi-automatic rifle bearing serial number 422422;

16. a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407;

17. a Ruger model AR-556 rifle bearing serial number 1852-27197;

18. a Bergara 28 Nosler (7mm/.284 caliber) bolt-action rifle bearing serial number ESG1-06-044486-20;

19. a Henry .22 Magnum caliber lever-action rifle bearing serial number M44238T;

20. a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358;

21. a Browning model X-Bolt 7mm-08 bolt-action rifle bearing serial number BRJP14125Y2354;

22. a Henry model H001TM .22 Magnum caliber lever-action rifle bearing serial number M44401T;

23. a Armsan Silah Sanayi model Viper G2 shotgun bearing serial number V20A12167;

24. a Browning model A5 12 gauge semi-automatic shotgun bearing serial number 11GZN08140;

25. a Henry model H006MS .357 Magnum caliber lever-action rifle bearing serial number SBB04087M;

26. a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113113;

27. a Henry model H012GRCC .44 Magnum caliber lever-action carbine bearing serial number BB500577GRCC;

28. a Howa model Vanguard rifle bearing serial number VB236504;

29. a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550;

30. a Henry model H0108WL .45-70 Government caliber lever-action rifle bearing serial number FFSBWL3194;

31. a Henry model H009B .30-30 caliber lever-action rifle bearing serial number TTB052505;

32. a Ruger model Mini-30 7.62x39mm semi-automatic rifle bearing serial number 584-56048;

33. a Savage model MSR10 .308 Winchester caliber semi-automatic rifle bearing serial number LR010699;

34. a Savage A Series .17 Hornady Magnum Rimfire caliber semi-automatic rifle bearing serial number N993234;

35. a Howa model 1500 .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number B634875;

36. a Winchester model 70 .264 Winchester Magnum caliber bolt-action rifle bearing serial number 3SGZV00885;

37. a Sako model 85 .308 Winchester caliber bolt-action rifle bearing serial number M44099;

38. a Ruger model AR-556 rifle bearing serial number 1852-34054;

39. a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114;

40. a Great Lakes Firearms model GL-15 'Multi' caliber semi-automatic rifle bearing serial number BO.0951;

41. a Ruger model Mini-14 .223 caliber/5.56mm semi-automatic rifle bearing serial number 584-59827;

42. a Ruger model American 6.5mm Creedmore bolt-action rifle bearing serial number 690538206;

43. a Springfield Armory model Saint 'Multi' caliber semi-automatic rifle bearing serial number ST416092;

44. a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977;

45. a Rossi 12 gauge shotgun bearing serial number SP633211;

46. a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M;

47. a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181;

48. a Ruger model Precision .300 Winchester Magnum caliber bolt-action rifle bearing serial number 1804-24064;

49. a Kimber model Rapide .45 caliber semi-automatic handgun bearing serial number K771693;

50. a Howa model Vanguard rifle bearing serial number VB068144;

4

51. a Christensen Arms model CA5five6 5.56mm semi-automatic rifle bearing serial number RB401453;

52. a Ruger model Precision .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number 1804-23339;

53. a Savage model MDT .338 Lapua caliber bolt-action rifle bearing serial number P001691;

54. a KelTec model PMR-30 .22 Winchester Magnum Rifle caliber semi-automatic pistol bearing serial number WY5303;

55. a Colt model M1911/Government .45 caliber semi-automatic pistol bearing serial number GVO19280;

56. a Noreen 'AR-15'-style 5.56mm semi-automatic rifle bearing serial number BN-36X3;

57. a Colt model Python .357 Magnum caliber revolver bearing serial number PY219001;

58. a Ruger model New Vaquero .45 caliber single-action revolver bearing serial number 513-46918;

59. a CMMG, Inc., model Mk4 6.5mm Grendel semi-automatic rifle bearing serial number BOD05763;

60. a Browning model BLR .308 Winchester caliber lever-action rifle bearing serial number JP01141YY341;

61. a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun;

62. a Savage model Steven 238A shotgun with no serial number;

63. a Miroku Firearm Co. rifle bearing serial number JP00096YZ94P;

64. a Henry model H011C .45 Long Colt caliber lever-action rifle bearing serial number BTH1637C;

65. a Henry model H011 .44-40 Winchester caliber lever-action rifle bearing serial number BTH11088;

66. a Rock River Arms 'AR-15'-style .450 Bushmaster caliber semi-automatic rifle bearing serial number HM 313889;

67. a Browning model Buckmark .22 Long Rifle caliber semi-automatic pistol bearing serial number BRU512561Y2515;

68. a Ruger model Single Six .22 Winchester Magnum caliber single-action revolver bearing serial number 266-29369;

69. a Magnum Research model Desert Eagle .50 Action Express caliber semi-automatic pistol bearing serial number DK0079106;

70. approximately 38 firearm scopes, optical devices, other aiming devices and firearms-mountable lights manufactured by, or branded as, Zeiss, Burris, Leupold, Nikon, Trijicon, ATN, Vortex, BSA, Tasco, Pulsar, Crimson Trace, and Eotech; and

71. approximately 19,120 rounds of firearms ammunition in approximately 36 different calibers,

as property facilitating illegal conduct, or property involved in illegal conduct giving rise to forfeiture, or as substitute assets for property otherwise subject to forfeiture. *See* ECF No. 26. The government served the only known potential third-party claimants, Stephen D. Rogers and Steve's Outdoor Sports, Inc., with a Notice of Forfeiture. ECF Nos. 27, 28. On June 5, 2023, Rogers and Steve's Outdoor Sports, Inc. each filed a petition for a hearing to adjudicate interest in property and claim to property subject to forfeiture, in accordance with 21 U.S.C. § 853(n)(2) and Federal Rule of Criminal Procedure 32.2(c). *See* ECF Nos. 30, 31. These petitions pertained to some, but not all, of the assets included in the Court's Second Amended Preliminary Order of Forfeiture (ECF No. 26). ECF Nos. 30, 31.

On June 16, 2023, the government filed the instant motion, stating that Rogers and Steve's Outdoor Sports, Inc. have provided documentation in support of their forfeiture claims such that this Court could find by a preponderance of the evidence that:

1. the claimed assets are the property of the Claimants as alleged in their Petitions;

2. the claimed assets were being stored at 606 West Main Street in Magnolia, Arkansas, which is the business premises for Steve's Outdoor Sports, Inc.;

3. Defendant was an employee of Steve's Outdoor Sports, Inc.;

    4.    the claimed assets were removed from the business premises of Steve's Outdoor Sports, Inc.; and

    5.    the claimed assets were subsequently found at Defendant's residence and seized by the Magnolia Police Department.

*See* ECF No. 34.

## II. DISCUSSION

For the following reasons, the Court finds that the government's motion (ECF No. 34) should be granted. Pursuant to 21 U.S.C. § 853(n), a third party asserting an interest in the forfeited property may petition the Court for a hearing regarding his alleged interest in that property. A hearing allows the third party to testify, present evidence and witnesses, and cross-examine witnesses who appear at the hearing, among other things. "[A] third-party petitioner may prevail in a proceeding against the United States to seek return of property subject to forfeiture only upon showing, by a preponderance of the evidence, that she possessed a vested or superior legal right, title, or interest in the property at the time the criminal acts took place, or that [he] was a bona fide purchaser for value." *United States v. Porchay*, No. 4:06-cr-00082, 2007 WL 1827331, at *2 (E.D. Ark. June 22, 2007).

Here, the government informs the Court that the third parties—Rogers and Steve's Outdoor Sports, Inc.—"have provided the [g]overnment with documentation that would corroborate the claims in their Petitions by a preponderance of the evidence if the Petitions were heard." ECF No. 34, at 8. The parties state that a hearing is unnecessary, and the Court should "recognize[]" the third party's claims. ECF No. 34, at 8. Thus, in the instant motion (ECF No. 34), the government asks the Court to amend its Second Amended Preliminary Order of Forfeiture "to recognize that [Rogers and Steve's Outdoor Sports, Inc.] have a legal right, title, or interest in the claimed property that was vested in [Rogers and Steve's Outdoor Sports, Inc.] rather than the

Defendant or was superior to any right, title or interest of the Defendant at the time of the commission of the acts which gave rise to the forfeiture of the property." ECF No. 34, at 8. The government further asks the Court to "enter an order that the claimed assets be returned to [Rogers and Steve's Outdoor Sports, Inc.]." ECF No. 34, at 8. The Court finds that, based on the government's representations, a hearing is not necessary, and the instant motion (ECF No. 34) should be granted.

### III. CONCLUSION

Accordingly, it is hereby **ORDERED, DECREED AND ADJUDGED**:

1. That based upon the guilty plea of Defendant and the government's instant unopposed motion (ECF No. 34), the following assets shall be forfeited to the government:

    a. an HS Produkt model Hellcat 9mm pistol bearing serial number BA300355;

    b. a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080;

    c. a Browning 20 gauge shotgun bearing serial number 09164ZV121;

    d. a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062;

    e. a Remington model 700 .223 caliber bolt-action rifle bearing serial number G7102995;

    f. a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407;

    g. a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358;

    h. a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550;

    i. a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114;

    j. a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181;

  k. a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M;

  l. a Rossi 12 gauge shotgun bearing serial number SP633211;

  m. a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977;

  n. a Savage model Steven 238A shotgun with no serial number; and

  o. a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun,

as property facilitating illegal conduct, property involved in illegal conduct giving rise to forfeiture, or as substitute assets for property otherwise subject to forfeiture.

  2. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this Order, the government is authorized to seize any specific property that is subject to forfeiture as set forth herein in this Order and the Plea Agreement; conduct any discovery the Court considers proper in identifying, locating, or disposing of the property; and commence proceedings that comply with any statutes governing third-party rights.

  3. Upon entry of this Order, the government is authorized to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of this Order.

  4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c), in which all interests will be addressed.

  5. The following assets that were subject to the Court's Second Amended Preliminary Order of Forfeiture shall be returned to Stephen D. Rogers:

  a. a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113113; and

      b.      a Savage A Series .17 Hornady Magnum Rimfire caliber semi-automatic rifle bearing serial number N993234.[2]

6. The following assets that were subject to the Court's Second Amended Preliminary Order of Forfeiture shall be returned to Steve's Outdoor Sports, Inc.:

      a.      a CMMG, Inc., model 300 MkG .45 ACP caliber semi-automatic rifle bearing serial number LAH01655;

      b.      a Browning model AB3 rifle bearing serial number JP04097YY358;

      c.      a Browning model X-Bolt .243 caliber semi-automatic rifle bearing serial number 17554MP354;

      d.      a Howa model Vanguard rifle bearing serial number VB298102;

      e.      a Browning model X-Bolt 6.5mm bolt-action rifle bearing serial number BRJP67724YZ354;

      f.      a Benelli model M2 20 gauge shotgun bearing serial number N221371Y;

      g.      a Savage model MSR 15 'Multi' caliber semi-automatic rifle bearing serial number 10-006825;

      h.      a Diamondback model DBX57 5.7x28mm semi-automatic pistol bearing serial number DBX4305;

      i.      a Savage model Axis .22-250 Remington caliber bolt-action rifle bearing serial number P083021;

      j.      a Springfield Armory model M1A semi-automatic rifle bearing serial number 422422;

      k.      a Ruger model AR-556 rifle bearing serial number 1852-27197;

      l.      a Bergara 28 Nosler (7mm/.284 caliber) bolt-action rifle bearing serial number 61-06-044486-20;

      m.      a Henry .22 Magnum caliber lever-action rifle bearing serial number M44238T;

      n.      a Browning model X-Bolt 7mm-08 bolt-action rifle bearing serial number

---

[2] Both Stephen D. Rogers and Steve's Outdoor Sports, Inc. claimed ownership of this asset, however, they have advised the Government, through counsel, that Stephen D. Rogers is the owner of this asset.

10

        BRJP14125YZ354;

o. a Henry model H001TM .22 Magnum caliber lever-action rifle bearing serial number M44401T;

p. a Armsan Silah Sanayi model Viper G2 shotgun bearing serial number V20A12167;

q. a Browning model A5 12 gauge semi-automatic shotgun bearing serial number 116ZN08140;

r. a Henry model H006MS .357 Magnum caliber lever-action rifle bearing serial number SBB04087M;

s. a Henry model H012GRCC .44 Magnum caliber lever-action carbine bearing serial number BBS00577GRCC;

t. a Howa model Vanguard rifle bearing serial number VB236504;

u. a Henry model H0108WL .45-70 Government caliber lever-action rifle bearing serial number FFSBWL3194;

v. a Henry model H009B .30-30 caliber lever-action rifle bearing serial number TTB052505;

w. a Ruger model Mini-30 7.62x39mm semi-automatic rifle bearing serial number 584-56048;

x. a Savage model MSR10 .308 Winchester caliber semi-automatic rifle bearing serial number LR010699;

y. a Howa model 1500 .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number B634875;

z. a Winchester model 70 .264 Winchester Magnum caliber bolt-action rifle bearing serial number 35GZV00885;

aa. a Sako model 85 .308 Winchester caliber bolt-action rifle bearing serial number M44099;

bb. a Ruger model AR-556 rifle bearing serial number 1852-34054;

cc. a Great Lakes Firearms model GL-15 'Multi' caliber semi-automatic rifle bearing serial number BO.0951;

dd. a Ruger model Mini-14 .223 caliber/5.56mm semi-automatic rifle bearing serial number 584-59827;

ee. a Ruger model American 6.5mm Creedmore bolt-action rifle bearing serial number 690538206;

ff. a Springfield Armory model Saint 'Multi' caliber semi-automatic rifle bearing serial number ST416092;

gg. a Ruger model Precision .300 Winchester Magnum caliber bolt-action rifle bearing serial number 1804-24064;

hh. a Kimber model Rapide .45 caliber semi-automatic handgun bearing serial number K771693;

ii. a Howa model Vanguard rifle bearing serial number VB068144;

jj. a Christensen Arms model CA5five6 5.56mm semi-automatic rifle bearing serial number RB401453;

kk. a Ruger model Precision .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number 1804-23339;

ll. a Savage model MDT .338 Lapua caliber bolt-action rifle bearing serial number P001691;

mm. a KelTec model PMR-30 .22 Winchester Magnum Rifle caliber semi-automatic pistol bearing serial number WY5303;

nn. a Colt model M1911/Government .45 caliber semi-automatic pistol bearing serial number GVO19280;

oo. a Noreen 'AR-15'-style 5.56mm semi-automatic rifle bearing serial number 4280;

pp. a Colt model Python .357 Magnum caliber revolver bearing serial number PY219001;

qq. a Ruger model New Vaquero .45 caliber single-action revolver bearing serial number 513-46918;

rr. a CMMG, Inc., model Mk4 6.5mm Grendel semi-automatic rifle bearing serial number BOD05736;

ss. a Browning model BLR .308 Winchester caliber lever-action rifle bearing serial number JP01141YY341;

tt. a Miroku Firearm Co. rifle bearing serial number JP00096YZ94P;

  uu. a Henry model H011C .45 Long Colt caliber lever-action rifle bearing serial number BTH1637C;

  vv. a Henry model H011 .44-40 Winchester caliber lever-action rifle bearing serial number BTH11088;

  ww. a Rock River Arms 'AR-15'-style .450 Bushmaster caliber semi-automatic rifle bearing serial number HM 313889;

  xx. a Browning model Buckmark .22 Long Rifle caliber semi-automatic pistol bearing serial number BRUS12561YZ515;

  yy. a Ruger model Single Six .22 Winchester Magnum caliber single-action revolver bearing serial number 266-29369; and

  zz. a Magnum Research model Desert Eagle .50 Action Express caliber semi-automatic pistol bearing serial number DK0079106.

7. For the reasons stated in the government's instant motion and consistent therewith, the forfeiture of the following assets shall be dismissed:

  a. approximately 38 firearm scopes, optical devices, other aiming devices and firearms-mountable lights manufactured by, or branded as, Zeiss, Burris, Leupold, Nikon, Trijicon, ATN, Vortex, BSA, Tasco, Pulsar, Crimson Trace, and Eotech; and

  b. approximately 19,120 rounds of firearms ammunition in approximately 36 different calibers.

**IT IS SO ORDERED**, this 21st day of June, 2023.

                /s/ Susan O. Hickey
                Susan O. Hickey
                Chief United States District Judge