IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | CRIMINAL NO. 1:22-CR-10017 |
| ) | |
| STEVEN E. FREESE         ) | |

## FINAL ORDER OF FORFEITURE

On April 3, 2023, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 24). In the Preliminary Order of Forfeiture, a Springfield Armory model Hellcat 3 Micro Compact 9x19mm semi-automatic pistol bearing serial number BA300355; a CMMG, Inc., model 300 MkG .45 ACP caliber semi-automatic rifle bearing serial number LAH01655; a Browning model X-Bolt .300 Winchester Short Magnum caliber bolt-action rifle bearing serial number JP04097YY358a; a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080; a Browning model X-Bolt .243 caliber semi-automatic rifle bearing serial number 17554MP354; a Weatherby model Vanguard .257 Weatherby Magnum caliber bolt-action rifle bearing serial number VB298102; a Browning 20 gauge shotgun bearing serial number 09164ZV121; a Browning model X-Bolt 6.5mm bolt-action rifle bearing serial number BRJP67724YZ235Y; a Benelli model M2 20 gauge shotgun bearing serial number N221371Y; a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062; a Savage model MSR 15 'Multi' caliber semi-automatic rifle bearing serial number 10-006825; a Remington model 700 .223 caliber bolt-action rifle bearing serial number G7102995; a Diamondback model DBX57 5.7x28mm semi-automatic pistol bearing serial number DBX4305; a Savage model Axis .22-250 Remington caliber bolt-action rifle bearing serial number P083021;

1

a Springfield Armory model M1A semi-automatic rifle bearing serial number 422422; a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407; a Ruger 5.56mm 'AR-15'-style semi-automatic rifle bearing serial number 1852-2719; a Bergara 28 Nosler (7mm/.284 caliber) bolt-action rifle bearing serial number ESG1-06-044486-20; a Henry .22 Magnum caliber lever-action rifle bearing serial number M44238T; a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358; a Browning model X-Bolt 7mm-08 bolt-action rifle bearing serial number BRJP14125Y2354; a Henry model H001TM .22 Magnum caliber lever-action rifle bearing serial number M44401T; a Tristar model Viper .410-bore semi-automatic shotgun bearing serial number V20A12167; a Browning model A5 12 gauge semi-automatic shotgun bearing serial number 11GZN08140; a Henry model H006MS .357 Magnum caliber lever-action rifle bearing serial number SBB04087M; a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113113; a Henry model H012GRCC .44 Magnum caliber lever-action carbine bearing serial number BB500577GRCC; a Weatherby model Vanguard .300 Winchester Magnum caliber bolt-action rifle bearing serial number VB236504; a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550; a Henry model H0108WL .45-70 Government caliber lever-action rifle bearing serial number FFSBWL3194; a Henry model H009B .30-30 caliber lever-action rifle bearing serial number TTB052505; a Ruger model Mini-30 7.62x39mm semi-automatic rifle bearing serial number 584-56048; a Savage model MSR10 .308 Winchester caliber semi-automatic rifle bearing serial number LR010699; a Savage A Series .17 Hornady Magnum Rimfire caliber semi-automatic rifle bearing serial number N993234; a Howa model 1500 .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number B634875; a Winchester model 70 .264 Winchester Magnum caliber bolt-action rifle bearing serial number 3SGZV00885; a Sako model 85 .308 Winchester

caliber bolt-action rifle bearing serial number M44099; a Ruger 5.56mm 'AR-15'-style semi-automatic rifle bearing serial number 185234054; a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114; a Great Lakes Firearms model GL-15 'Multi' caliber semi-automatic rifle bearing serial number BO.0951; a Ruger model Mini-14 .223 caliber/5.56mm semi-automatic rifle bearing serial number 584-59827; a Ruger model American 6.5mm Creedmore bolt-action rifle bearing serial number 690538206; a Springfield Armory model Saint 'Multi' caliber semi-automatic rifle bearing serial number ST416092; a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977; a Rossi 12 gauge shotgun bearing serial number SP633211; a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M; a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181; a Ruger model Precision .300 Winchester Magnum caliber bolt-action rifle bearing serial number 1804-24064; a Kimber model Rapide .45 caliber semi-automatic handgun bearing serial number K771693; a Weatherby model Vanguard .338 Winchester Magnum caliber bolt-action rifle bearing serial number V8088144; a Christensen Arms model CA5five6 5.56mm semi-automatic rifle bearing serial number RB401453; a Ruger model Precision .300 Precision Rifle Cartridge caliber bolt-action rifle bearing serial number 1804-23339; a Savage model MDT .338 Lapua caliber bolt-action rifle bearing serial number P001691; a KelTec model PMR-30 .22 Winchester Magnum Rifle caliber semi-automatic pistol bearing serial number WY5303; a Colt model M1911/Government .45 caliber semi-automatic pistol bearing serial number GVO19280; a Noreen 'AR-15'-style 5.56mm semi-automatic rifle bearing serial number BN-36X3; a Colt model Python .357 Magnum caliber revolver bearing serial number PY219001; a Ruger model New Vaquero .45 caliber single-action revolver bearing serial number 513-46918; a CMMG, Inc., model Mk4 6.5mm Grendel semi-automatic rifle bearing serial

number BOD05763; a Browning model BLR .308 Winchester caliber lever-action rifle bearing serial number JP01141YY341; a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun; a Stevens model 258A 20-gauge bolt-action shotgun; a Winchester model 1894 .30-30 caliber lever-action rifle bearing serial number JP00096YZ94P; a Henry model H011C .45 Long Colt caliber lever-action rifle bearing serial number BTH1637C; a Henry model H011 .44-40 Winchester caliber lever-action rifle bearing serial number BTH11088; a Rock River Arms 'AR-15'-style .450 Bushmaster caliber semi-automatic rifle bearing serial number HM 313889; a Browning model Buckmark .22 Long Rifle caliber semi-automatic pistol bearing serial number BRU512561Y2515; a Ruger model Single Six .22 Winchester Magnum caliber single-action revolver bearing serial number 266-29369; a Magnum Research model Desert Eagle .50 Action Express caliber semi-automatic pistol bearing serial number DK0079106; approximately 38 firearm scopes, optical devices, other aiming devices and firearms-mountable lights manufactured by, or branded as, Zeiss, Burris, Leupold, Nikon, Trijicon, ATN, Vortex, BSA, Tasco, Pulsar, Crimson Trace, and Eotech; approximately 19,120 rounds of firearms ammunition in approximately 36 different calibers were forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporating by reference Title 21 U.S.C. § 853.

On May 1, 2023, the Court entered an Amended Preliminary Order of Forfeiture and a Second Amended Preliminary Order of Forfeiture at the request of the parties to correct clerical errors. (Docs. 25 & 26).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On July 10, 2023, an attorney for the United States filed a Notice of Proof of Publication, showing that for

30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was July 8, 2023.

On June 5, 2023, claimants Stephen D. Rogers and Steve's Outdoor Sports, Inc. filed claims to some, but not all, of the property in the Court's Second Amended Preliminary Order of Forfeiture. (Docs. 30 & 31).

The United States and claimants Stephen D. Rogers and Steve's Outdoor Sports, Inc. were able to resolve their claims without the need for a hearing, resulting in the United States filing a Motion for Third Amended Preliminary Order of Forfeiture. (Doc. 34).

On June 21, 2023, the Court entered a Third Amended Preliminary Order of Forfeiture, which forfeited the following assets to the United States (Doc. 35):

1. an HS Produkt model Hellcat 9mm pistol bearing serial number BA300355;
2. a Winchester model 70 7mm bolt-action rifle bearing serial number G22837080;
3. a Browning 20 gauge shotgun bearing serial number 09164ZV121;
4. a Savage model 111 .270 Winchester caliber bolt-action rifle bearing serial number J883062;
5. a Remington model 700 .223 caliber bolt-action rifle bearing serial number G7102995;
6. a KelTec model G19 9x19mm semi-automatic carbine bearing serial number FGP407;
7. a Browning model AB3 .270 Winchester caliber bolt-action rifle bearing serial number BRJP05611Y7358;
8. a Ruger model 10-22 .22 caliber semi-automatic rifle bearing serial number 1783550;
9. a Retay model GPS 12 gauge pump-action shotgun bearing serial number P20113114;
10. a Marlin Glenfield model 25 .22 caliber bolt-action rifle bearing serial number 26515181;
11. a Remington model 870 12 gauge pump-action shotgun bearing serial number A110928M;
12. a Rossi 12 gauge shotgun bearing serial number SP633211;

13. a Remington model Mohawk .22 Long Rifle caliber semi-automatic rifle bearing serial number 2520977;

14. a Savage model Steven 238A shotgun with no serial number; and

15. a Montgomery Ward Western Field Deluxe model SB530 12-gauge shotgun.

No other third-party claims have been filed as to the assets contained in the Third Amended Preliminary Order of Fofeiture.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), the Government now moves the Court to declare the Third Amended Preliminary Order of Forfeiture entered on June 21, 2023, final as to the defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Third Amended Preliminary Order of Forfeiture entered on June 21, 2023, shall become final at this time.

IT IS SO ORDERED this 13th day of June, 2024.

Susan O. Hickey
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE